UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

PAUL DOUGLAS WAGGONER,
    Plaintiff,

vs.                                          Case No.: 3:22cv7858/TKW/ZCB

DEFUNIAK SPRINGS, et al.,
    Defendants.
_____/

## ORDER

This case is before the Court based on the magistrate judge's Report and Recommendation (Doc. 22). No objections were filed.

Upon due consideration of the Report and Recommendation and the case file, the Court agrees with the magistrate judge's determination that Defendants' motions to dismiss should be granted because Plaintiff's complaint is an improper shotgun pleading. The Court also agrees with the magistrate judge's conclusion that Eleventh Circuit precedent requires that Plaintiff be given an opportunity to cure the pleading deficiencies by filing an amended complaint. *See Vibe Micro, Inc. v. Shabanets*, 878 F.3d 1291, 1295-96 (11th Cir. 2018). Accordingly, it is

**ORDERED** that:

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this Order.

2. Defendants' motions to dismiss (Docs. 5, 9, 13) are **GRANTED**, and the complaint is **DISMISSED** without prejudice and with leave to amend.

3. Plaintiff shall have 14 days from the date of this Order to file an amended complaint conforming to the Federal Rules of Civil Procedure and addressing the deficiencies identified by the magistrate judge in the Report and Recommendation.

4. If Plaintiff timely files an amended complaint, the Clerk shall refer this case back to the magistrate judge for further proceedings. Otherwise, the Clerk shall notify the Court that no amended complaint was filed and the Court will enter an Order dismissing the case and closing the file.

5. Plaintiff is warned that if he fails to timely file an amended complaint in compliance with this Order, this case will be dismissed without further notice for failure to prosecute and/or failure to comply with a court order. *See* Fed. R. Civ. P. 41(b); N.D. Fla. Loc. R. 41.1

**DONE and ORDERED** this 27th day of February, 2023.

_____
**T. KENT WETHERELL, II**
**UNITED STATES DISTRICT JUDGE**